# United States District Court
# For The Western District of North Carolina
# Asheville Division

CHRISTOPHER HARRIS,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondant.

JUDGMENT IN A CIVIL CASE

CIVIL CASE NO. 1:11cv 38
(CRIMINAL CASE NO. 1:09cr13-10)

DECISION BY COURT. This action having come before the Court on initial review of Petitioner's Motion under 28:2255 and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/28/2011 Order.

Signed: March 1, 2011

Frank G. Johns, Clerk
United States District Court